IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE JAMES ATMORE,                         *

            Plaintiff,                          *

v.                                              Case No.  5:26-cv-00041-CAR-CHW

                                 *

JUDGE DAVID L MINCEY, III et al,              *

            Defendants.                        *

_____               *

**J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 31st day of March, 2026.

                            David W. Bunt, Clerk

                            s/ Raven K. Alston, Deputy Clerk